1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4  Email: peterbrixie@gmail.com

6  **Attorney for JAMAAL JOHNSON**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL JOHNSON,<br><br>             Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant | **CASE NO.:   2:16-CV-02134-EFB**<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |

  IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of February 27, 2017.  The extension is needed due to press of business in plaintiff's attorney's office.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

1  This is the 1st request for extension by plaintiff.

2

3  Dated: 1/20/17                    /s/ *Peter Brixie*
                                    PETER BRIXIE
4                                   Attorney at Law
                                    Attorney for Plaintiff
5

6

7  Dated: 1/20/17                    /s/ Sharon Lahey
                                    SHARON LAHEY
                                    Special Assistant U. S. Attorney
8                                   Attorney for Defendant

9

10                       __ooo__

11              APPROVED AND SO ORDERED

12
    Dated:  January 23, 2017.
13                                  _____
                                    EDMUND F. BRENNAN
14                                  United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION